IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**DEENIE HALE,**

    **Plaintiff**

v.      **CIVIL NO. JKB-13-3887**

**VIPER TRUCKING, INC.,** *et al.*,

    **Defendants**

## MEMORANDUM AND ORDER

Plaintiff and Defendant have filed a document entitled "Stipulation of Dismissal as to Counts III and IV of the Complaint." (ECF No. 15.) The document was purportedly filed under the auspices of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which reads as follows:

> Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared.

Although the undersigned has construed Rule 41(a)(1) as permitting dismissal of all claims against one defendant in a multidefendant case, *Bank of N.Y. Mellon v. Hackett*, Civ. No. JKB-11-626, 2012 WL 1922213, 2012 U.S. Dist. LEXIS 73102 (D. Md. May 25, 2012), the Court has not construed the rule to permit voluntary dismissal of less than all claims against one defendant. The better view is that the latter should be accomplished pursuant to Rule 15 by a motion for leave to amend the complaint to omit the counts a plaintiff no longer desires to press. *Id. See also* 9 Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2362, at 413-14. Accordingly, the Court construes the filing as a consent motion to amend the

complaint to omit Counts III and IV and hereby GRANTS the motion. An amended complaint shall be filed on or before March 24, 2014.

DATED this  10  day of March, 2014.

BY THE COURT:

/s/ James K. Bredar

James K. Bredar
United States District Judge

2